IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Phillips, Robert  
Jones, Terry A  
Printed: 1/22/08

Case Number: 04 B 23754  
Judge: Hollis, Pamela S  
Filed: 6/23/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: December 18, 2007  
Confirmed: September 20, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 76,524.94 |  |
| Secured: |  | 50,694.56 |
| Unsecured: |  | 16,004.81 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 3,681.09 |
| Other Funds: |  | 6,144.48 |
| Totals: | 76,524.94 | 76,524.94 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 2. | Washington Mutual Bank FA | Secured | 43,515.76 | 43,515.76 |
| 3. | Americredit Financial Ser Inc | Secured | 7,178.80 | 7,178.80 |
| 4. | Washington Mutual Home Loan | Unsecured | 350.00 | 350.00 |
| 5. | Americredit Financial Ser Inc | Unsecured | 100.84 | 100.84 |
| 6. | RoundUp Funding LLC | Unsecured | 982.86 | 982.86 |
| 7. | Perimeter Credit | Unsecured | 1,544.59 | 1,544.59 |
| 8. | Resurgent Capital Services | Unsecured | 4,159.40 | 4,159.40 |
| 9. | Specialized Management Consultants | Unsecured | 159.84 | 159.84 |
| 10. | ECast Settlement Corp | Unsecured | 7,034.53 | 7,034.53 |
| 11. | Perimeter Credit | Unsecured | 1,672.75 | 1,672.75 |
| 12. | Retailers National Bank | Unsecured |  | No Claim Filed |
|  |  |  | $ 66,699.37 | $ 66,699.37 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 913.92 |
| 4% | 219.24 |
| 3% | 171.79 |
| 5.5% | 798.30 |
| 5% | 241.16 |
| 4.8% | 441.36 |
| 5.4% | 895.32 |
|  | $ 3,681.09 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Phillips, Robert<br>Jones, Terry A<br>Printed: 1/22/08 | Case Number: 04 B 23754<br>Judge: Hollis, Pamela S<br>Filed: 6/23/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

